FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 20 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

Plaintiff,

-vs-

Jerry Morvette, Brice

Defendant

No. CR-12-0340-PHX-SRB

**ORDER APPOINTING COUNSEL**

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: Supervised Release Violations

**IT IS HEREBY ORDERED** appointing the Federal Public Defender by:

( ) United States District Judge _____

(X) United States Magistrate Judge  Bade

**CASE ASSIGNED TO:** Jane McClellay
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this 20th day of October, 2017.

_____
United States District/Magistrate Judge
District of Arizona